IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DELBERT INGRAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-188-C |
| | ) | |
| HASHIB D. FARUQUE, M.D., | ) | |
| YAN FENG, M.D., | ) | |
| DAVID WOOD, | ) | |
| DONNA DELISE, | ) | |
| KYLE INHOFE, | ) | |
| LT. MICHAEL STEVENSON, | ) | |
| CAPTAIN TIM COLLINS, and | ) | |
| THE DEPARTMENT OF VETERANS | ) | |
| AFFAIRS, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT OF DISMISSAL

Upon consideration of the pleadings herein, the Court finds that Defendants' motions to dismiss should be granted, and this case is dismissed, without prejudice.

DATED this 27th day of October, 2011.

_____
ROBIN J. CAUTHRON
United States District Judge